UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JERRY WAYNE KING, # 08004221, )<br>)<br>Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:09-CV-1305-G |
| DALLAS COUNTY, ) | |
| ) | **ECF** |
| Defendant. ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

April 19, 2010.

_____
**A. JOE FISH**
**Senior United States District Judge**